IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                                    **Case No. 4:20-CR-00110-01-LPR**

**JADA IMONE DABNER**                                                                          **DEFENDANT**

**ORDER**

Defendant's Motion to Reduce Sentence (Doc. 55) is DENIED.

Applying Amendment 821 reduces Defendant's criminal history category from III to II, resulting in a new range of 78-97 months. However, Defendant was sentenced to 60 months, which is below the new range. With no substantial assistance in this case, Defendant is ineligible for a reduction further below the amended range.[1]

IT IS SO ORDERED this 13th day of March, 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See* USSG § 1.10(b)(2)(A) ("Limitation.—Except as provided in subdivision (B), [which involves substantial assistance], the court shall not reduce the defendant's term of imprisonment under 18 U.S.C. § 3582(c)(2) and this policy statement to a term that is less than the minimum of the amended guideline range determined Dunder subdivision (1) of this subsection.").